United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLIFFORD EUGENE GIVENS,
Petitioner,
vs.
D. K. SISTO, Warden,
Respondent.

No. C 08-05231 JW (PR)

ORDER OF DISMISSAL

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his state conviction.[1] Petitioner has paid the filing fee.

**BACKGROUND**

According to the petition, petitioner pleaded guilty in the Superior Court of the State of California in and for the County of San Mateo to assault with a deadly weapon and two prior convictions. (Pet. 2.) Petitioner was sentenced on August 17,

[1]The United States District Court for the Central District of California transferred this action to this Court as the preferable forum from because petitioner was convicted and sentenced in the Superior Court of San Mateo County.

United States District Court
For the Northern District of California

1998, to sixteen years in state prison. (Id.)

Petitioner did not appeal his conviction nor did he file a state habeas petition. (Pet. 3.) Petitioner filed the instant federal habeas petition on November 4, 2008.

**DISCUSSION**

A district court may entertain a petition for writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a); Rose v. Hodges, 423 U.S. 19, 21 (1975).

Prisoners in state custody who wish to challenge collaterally in federal habeas proceedings either the fact or length of their confinement are first required to exhaust state judicial remedies, either on direct appeal or through collateral proceedings, by presenting the highest state court available with a fair opportunity to rule on the merits of each and every claim they seek to raise in federal court. See 28 U.S.C. § 2254(b)-(c). If available state remedies have not been exhausted as to all claims, the district court must dismiss the petition. Duckworth v. Serrano, 454 U.S. 1, 3-5 (1981). Before he may challenge either the fact or length of his confinement in a habeas petition in this Court, petitioner must present to the California Supreme Court any claims he wishes to raise in this court. See Rose v. Lundy, 455 U.S. 509, 522 (1982) (holding every claim raised in federal habeas petition must be exhausted). If available state remedies have not been exhausted as to all claims, the district court must dismiss the petition. See id. at 510; Guizar v. Estelle, 843 F.2d 371, 372 (9th Cir. 1988).

It is clear from the petition that Petitioner has not exhausted state judicial remedies by either filing direct appeals or pursuing collateral challenges. Petitioner has not presented the state high court a fair opportunity to rule on the merits of the claims he raises in the instant petition. Accordingly, the instant petition must be dismissed for failure to exhaust state court remedies.

**CONCLUSION**

The instant petition is DISMISSED for failure to exhaust state court remedies. See Rose v. Lundy , 455 U.S. at 510. This dismissal is without prejudice to petitioner's returning to federal court after exhausting his state court remedies.

DATED: June 30, 2009

JAMES WARE
United States District Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CLIFFORD EUGENE GIVENS,

Petitioner,

v.

D K SISTO, Warden,

Respondent.
_______________________________________/

Case Number: CV08-05231 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/13/2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clifford Eugene Givens P-09900
California State Prison - Solano
P. O. Box 4000
Vacaville, Ca 95696-4000

Dated: 7/13/2009

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk