IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLIFFORD EUGENE GIVENS, | ) | No. C 08-05231 EJD (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| GARY SWARTHOUT, Warden, | ) | |
| Respondent. | ) | |

   For the reasons stated in the order granting Respondent's motion to dismiss, this case is DISMISSED.  Judgment is entered accordingly.

   The Clerk shall close the file.

DATED: June 13, 2011

EDWARD J. DAVILA
United States District Judge

Judgment
P:\PRO-SE\SJ.EJD\HC.08\Givens05231_judgment.wpd              1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CLIFFORD EUGENE GIVENS,

        Petitioner,

  v.

GARY SWARTHOUT, Warden,

        Respondent.

Case Number: CV08-05231 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/14/2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clifford Eugene Givens P-09900
P. O. Box 51900
Palo Alto, Ca 94303

Dated: 6/14/2011

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk